**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-6780

JAMES E. TAYLOR,

　　　　　Petitioner – Appellant,

　　v.

ATTORNEY GENERAL OF VIRGINIA; SUPREME COURT OF VIRGINIA and
its inferior courts; VIRGINIA DIVISION OF CHILD SUPPORT
ENFORCEMENT (DCSE),

　　　　　Respondents - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. John A. Gibney, Jr.,
District Judge. (3:14-cv-00509-JAG-MHL)

Submitted: October 13, 2016　　　　Decided: October 18, 2016

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

James E. Taylor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James E. Taylor appeals the district court's order dismissing 28 U.S.C. § 2254 (2012) petition for failure to comply with the court's order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-47 (1949). Because Taylor may refile his petition to conform with the district court's local rules, we conclude that the order Taylor seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Goode v. Cent. Va. Legal Aid Soc'y, Inc., 807 F.3d 619, 623 (4th Cir. 2015); Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993).

Accordingly, we dismiss the appeal for lack of jurisdiction and deny Taylor's motion for pendente lite relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2